```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04989
    LONGINO L TOLEFREE SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6767


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/03/2008 and was confirmed 05/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
ACCT RECOV                 UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED           561.20         .00            .00
AT&T                       UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           113.06         .00            .00
COMPUTER CREDIT SERVICE    UNSECURED        NOT FILED         .00            .00
COMPUTER CREDIT            UNSECURED        NOT FILED         .00            .00
CREDIT PROTECTION          UNSECURED        NOT FILED         .00            .00
ILLINOIS COLLECTION SE     UNSECURED        NOT FILED         .00            .00
CAR TOWN                   UNSECURED        NOT FILED         .00            .00
ASPIRE                     UNSECURED        NOT FILED         .00            .00
MUTUAL HOSPITAL SVC INC    UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          1466.78         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           807.10         .00            .00
PARC                       UNSECURED        NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           860.43         .00            .00
RMI/MCSI                   UNSECURED              .00         .00            .00
PREMIUM ASSET RECOVERY C   UNSECURED           562.00         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          1850.51         .00            .00
UNITED COLLECTION BUREAU   UNSECURED        NOT FILED         .00            .00
WILSHIRE CREDIT CORP       MORTGAGE NOTI   NOT FILED          .00            .00
HATTIE HARRIELL            NOTICE ONLY     NOT FILED          .00            .00
RAQUEL R WHITE TOLEFREE    NOTICE ONLY     NOT FILED          .00            .00
WILSHIRE CREDIT CORP       MORTGAGE NOTI   NOT FILED          .00            .00
WILSHIRE CREDIT CORP       MORTGAGE NOTI   NOT FILED          .00            .00
WILSHIRE CREDIT CORP       MORTGAGE NOTI   NOT FILED          .00            .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00           .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE        .00           .00            .00
WILSHIRE CREDIT CORP       UNSECURED       NOT FILED          .00            .00
CREDIT ACCEPTANCE          SECURED NOT I    1737.18           .00            .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED          .00            .00
COOK COUNTY TREASURER      SECURED          9522.13           .00         591.82
COOK COUNTY COLLECTOR      UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04989 LONGINO L TOLEFREE SR
```

```
HITCHCOCK AND ASSOCIATES  PRIORITY       NOT FILED             .00             .00
CHICAGO CAR CITY          SECURED VEHIC    2000.00             .00             .00
CHICAGO CAR CITY          UNSECURED      NOT FILED             .00             .00
B-REAL LLC                UNSECURED         370.41             .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI  NOT FILED             .00             .00
MAGGIE TAYLOR             SECURED NOT I   24922.77             .00             .00
LINGINO TOLEFREE          NOTICE ONLY    NOT FILED             .00             .00
THOMAS R HITCHCOCK        DEBTOR ATTY      2,888.50                       1,041.43
TOM VAUGHN                TRUSTEE                                           141.75
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 1,775.00

PRIORITY                                              .00
SECURED                                            591.82
UNSECURED                                             .00
ADMINISTRATIVE                                   1,041.43
TRUSTEE COMPENSATION                               141.75
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                  1,775.00                 1,775.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/27/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE